IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO RAMIREZ,

    Petitioner,

vs.                                                                     No. CV 21-00018 RB/JHR

DWAYNE SANTISTEVAN, WARDEN,

    Respondent.

**ORDER GRANTING LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915(b),
AND TO MAKE PAYMENTS OR SHOW CAUSE**

       This matter is before the Court on the Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) filed by Petitioner, Alejandro Ramirez. Based on analysis of his Motion and the inmate account statement (Doc. 2), the Court grants Petitioner leave to proceed under 28 U.S.C. § 1915(a) and (b). Analyzing Petitioner's inmate account statement (Doc. 2 at 3-5) the Court finds that Petitioner has sufficient funds to pay the $5 filing fee for this proceeding. The Court will order Petitioner to make an initial payment of the $5 filing fee within 30 days of the date of this Order. If Petitioner fails to make the payment by the designated deadline or show cause why such payment should be excused, the Petition may be dismissed without further notice.

       IT IS THEREFORE ORDERED that the Prisoner's Motion and Affidavit to Proceed Pursuant to 28 U.S.C. § 1915 (Doc. 2) filed by Petitioner, Alejandro Ramirez, is GRANTED;

       IT IS FURTHER ORDERED that, within thirty (30) days of entry of this Order, Petitioner send to the Clerk an initial payment of $5 or show cause why payment should be excused; and

IT IS FURTHER ORDERED that the Clerk is directed to provide Petitioner with two copies of this Order, and that Petitioner make the necessary arrangements to attach one copy of this Order to the check in the $5 amount of the initial payment.

_____
UNITED STATES MAGISTRATE JUDGE