IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALEJANDRO RAMIREZ,

    Petitioner,

v.                                                                                               2:21-cv-0081-RB-JMR

DWAYNE SANTISTEVAN,
WARDEN, and ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO

    Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on May 17, 2023. (Doc. 21.) The proposed findings notified petitioner Alejandro Ramirez of his ability to file objections within 14 days, and that failure to do so waives appellate review. On June 2, 2023, Mr. Ramirez filed a motion for extension of time to file objections. (Doc. 24.) The magistrate judge granted that extension. (Doc. 26.) Mr. Ramirez had until June 30, 2023, to file his objections. (*Id.*) To date, Mr. Ramirez has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

    **IT IS THEREFORE ORDERED:**

    1.    The magistrate judge's PFRD (Doc. 21) is **ADOPTED**;

    2.    Mr. Ramirez's Petition Under 28 U.S.C. § 2254 (Doc. 1) is dismissed without prejudice as to the non-cognizable ground seven claim and with prejudice as to each other ground; and

    3.    A final order is entered concurrently with this order.

                                                            ROBERT C. BRACK
                                                            SENIOR U.S. DISTRICT JUDGE